DAVID J. FLEMING (Bar No. 100688)
DRINKER BIDDLE & REATH LLP
333 South Grand Avenue, Suite 1700
Los Angeles, CA 90071-1504
Telephone: (213) 253-2300
Facsimile: (213) 253-2301

CHILTON DAVIS VARNER
ANDREW T. BAYMAN
TODD P. DAVIS
KING & SPALDING LLP
1180 Peachtree Street
Atlanta, Georgia 30309-3521
Telephone: (404) 572-4600
Facsimile: (404) 572-5100

Attorneys for Defendant
SMITHKLINE BEECHAM CORPORATION
d/b/a GLAXOSMITHKLINE

FILED - WESTERN DIVISION
CLERK U.S. DISTRICT COURT
OCT 2 3 2006
CENTRAL DISTRICT OF CALIFORNIA
BY                       DEPUTY

Priority
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| In re PAXIL PRODUCTS LIABILITY LITIGATION | MDL No. 1574 (MRP) |
| | Master File No. CV-01-7937 (MRP) (CWx) |
| | THIS DOCUMENT RELATES TO: |
| | Apodaca, 03-6583 - MRP |
| THIS CONSTITUTES NOTICE OF ENTRY AS REQUIRED BY FRCP, RULE 77(d). | [PROPOSED] ORDER DISMISSING WITH PREJUDICE PLAINTIFFS FOR FAILURE TO TIMELY COMPLETE COURT APPROVED MDL PLAINTIFF QUESTIONNAIRE FORM |

ENTERED - WESTERN DIVISION
CLERK, U.S. DISTRICT COURT
OCT 2 4 2006
CENTRAL DISTRICT OF CALIFORNIA
BY                       DEPUTY

Pursuant to the Court's Order of August 2, 2004, Defendants' Counsel served on February 11, 2005 a Notice of Overdue Discovery and Warning of Dismissal with Prejudice on Plaintiffs who had failed to timely complete and serve upon Defendants the MDL Questionnaires, executed authorizations, and either responsive

LAW OFFICES
DRINKER BIDDLE &
REATH LLP
Los Angeles, CA 90071

17

documents or letters advising Defendants that no responsive document are in the possession of Plaintiffs or Plaintiffs' counsel. Pursuant to the Court's August 2, 2004 Order, Plaintiffs identified in Defendants' Notice of Overdue Discovery and Warning of Dismissal with Prejudice were given thirty (30) days, or until March 14, 2005, to provide completed MDL Questionnaires, executed authorizations, and either responsive documents or letters advising Defendants that no responsive documents are in the possession of Plaintiffs or Plaintiffs' counsel. The Plaintiffs identified below failed to provide completed MDL Questionnaires, executed authorizations, and either responsive documents or letters advising Defendants that no responsive documents are in the possession of Plaintiffs or Plaintiffs' counsel by the March 14, 2005 deadline.

Plaintiffs' Steering Committee and Defendants' counsel have conferred and acknowledge that the Plaintiffs identified below failed to complete and provide an MDL Questionnaire as required by Defendants' Notice of Overdue Discovery and Warning of Dismissal with Prejudice served February 11, 2005. Pursuant to the Court's August 2, 2004 Order, these Plaintiffs should be dismissed with prejudice.

THEREFORE, the Court hereby dismisses WITH PREJUDICE all claims against Defendant regarding its drug Paxil for the following Plaintiffs:

1. Annabelle A. Apodaca
2. Jennifer H. Armit
3. Patricia Carney-Wilburn
4. Stefanie Michelle Carter-Morales
5. Kelly M. Casper
6. Sergio Castro
7. Debra L. Clark
8. Jonathan Cohn
9. Kelly Contreras
10. Deborah Croan
11. Houman Dashtizad
12. Courtney A. Dobson
13. Joanna Eppey
14. Jennifer Rae Falca
15. Jennifer L. Fleming

16. Jessica Marie Furland
17. Justin C. Gage
18. Jacqueline Galvea
19. Jeannie Graves
20. Regina Emilie Harnois
21. Susanne M. Hutchison
22. Trish B. Jose
23. Kathleen M. Kear
24. Michael Lekaj
25. Tamar Love
26. Maryjayne Lynch
27. Kimberly A. McCollough
28. Valerie Nerres
29. Gwendolyn J. Oglesby
30. Gerald J. Owen
31. Kevin Craig Pearsall
32. Tina Perry
33. Vernelle K. Peterson
34. Janice Pietsch
35. Susan Dyer Reynolds*
36. Jason C. Samu
37. David Michael Sexton
38. Barbara Solomon-Ross
39. Martha Weaver
40. Kate J. Wilson
41. Bret Winfrey

Each party to bear their own costs, pursuant to Fed.R.Civ.P.41(a).

IT IS SO ORDERED.

DATED: October 20, 2006.

Mariana R. Pfaelzer
The Honorable Mariana R. Pfaelzer
United States District Court Judge

| | | |
|---|---|---|
| 1 | DATED: Oct 13, 2006. | DRINKER, BIDDLE & REATH LLP |
| 2 | | |
| 3 | | /s/ |
| 4 | | David J. Fleming |
| 5 | | 333 South Grand Avenue<br>North Tower, Suite 1700<br>Los Angeles, CA 90071 |
| 6 | | Tele: (213) 253-2300<br>Fax: (213) 253-2301 |
| 7 | | david.fleming@dbr.com |
| 8 | | Chilton Davis Varner<br>Todd P. Davis |
| 9 | | Andrew T. Bayman<br>Scott B. Pfahl |
| 10 | | KING & SPALDING LLP<br>1180 Peachtree Street |
| 11 | | Atlanta, Georgia 30309-3521<br>Tele: (404) 572-4600 |
| 12 | | Fax: (404) 572-5100 |
| 13 | | Attorneys for Defendant<br>SMITHKLINE BEECHAM CORPORATION |
| 14 | | d/b/a GLAXOSMITHKLINE |
| 15 | DATED: Oct - 2, 2006. | BAUM HEDLUND |
| 16 | | |
| 17 | | /s/ |
| 18 | | Karen Barth Menzies<br>12100 Wilshire Blvd. |
| 19 | | Suite 950<br>Los Angeles, CA 90025 |
| 20 | | Tele: (310) 207-3233<br>Fax: (310) 820-7444 |
| 21 | | kbmenzies@baumhedlundlaw.com |
| 22 | | Attorney for Plaintiffs |

LAW OFFICES
DRINKER BIDDLE &
REATH LLP
Los Angeles, CA 90071

4

# PROOF OF SERVICE BY MAIL

STATE OF CALIFORNIA )
) ss.:
COUNTY OF LOS ANGELES )

*In re Paxil Products Liability Litigation*—MDL No. 1574

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 333 South Grand Avenue, Suite 1700, Los Angeles, CA 90071-1504.

On October 16, 2006, I served on interested parties in said action the within:

**[PROPOSED] ORDER DISMISSING ACTION WITH PREJUDICE PLAINTIFFS FOR FAILURE TO TIMELY COMPLETE COURT APPROVED MDL PLAINTIFF QUESTIONNAIRE FORM**

by placing a true copy thereof in sealed envelope(s) addressed as stated on the attached service list.

I am readily familiar with this firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than 1 day after date of deposit for mailing in affidavit.

Executed on October 16, 2006 at Los Angeles, California.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Elizabeth Woodfork
(Type or print name)           (Signature)

LAW OFFICES
DRINKER BIDDLE &
REATH LLP
Los Angeles, CA 90071

LA1\89301\1                    1

# SERVICE LIST
*In re Paxil Products Liability Litigation*—MDL No. 1574

| | |
|---|---|
| Karen Barth Menzies, Esq.<br>BAUM HEDLUND<br>12100 Wilshire Blvd., Suite 950<br>Los Angeles, CA 90025<br><br>(310) 207-3233<br>(310) 820-7444 (fax)<br>*e-mail*:<br>kbmenzies@baumhedlundlaw.com<br><u>Attorneys for Plaintiffs</u> | Donald J. Farber, Esq.<br>LAW OFFICES OF DONALD J. FARBER<br>175 North Redwood Drive, Suite 130<br>San Rafael, CA 94903<br><br>(415) 472-7181<br>(415) 472-7182 (fax)<br>*e-mail*: N3DGT@aol.com<br><u>Attorneys for Plaintiffs</u> |
| Kenneth J. Yourman, Esq.<br>YOURMAN ALEXANDER & PAREKH<br>3601 Aviation Boulevard, Suite 3000<br>Manhattan Beach, CA 90266<br><br>(310) 725-6400<br>(310) 725-6420 (fax)<br>*e-mail*: kyourman@yaplaw.com<br><u>Attorneys for Plaintiffs</u> | Christopher L. Coffin, Esq.<br>PENDLEY, BAUDIN & COFFIN, L.L.P.<br>P.O. Drawer 71<br>24110 Eden Street<br>Plaquemine, LA 70765<br><br>(225) 687-6396<br>(225) 687-6398 (fax)<br>*e-mail*: ccoffin@pendleylawfirm.com<br><u>Attorneys for Plaintiffs</u> |

LAW OFFICES
DRINKER BIDDLE & REATH LLP
Los Angeles, CA 90071