1  WILLIAM A. HANSSEN (Bar No. 110613)
2  DRINKER BIDDLE & REATH LLP
   333 South Grand Avenue, Suite 1700
3  Los Angeles, CA 90071-1504
   Telephone: (213) 253-2300
4  Facsimile:  (213) 253-2301

5  CHILTON DAVIS VARNER
   ANDREW T. BAYMAN
6  TODD P. DAVIS
   SCOTT B. PFAHL
7  KING & SPALDING LLP
   1180 Peachtree Street
8  Atlanta, Georgia 30309-3521
   Telephone: (404) 572-4600
9  Facsimile: (404) 572-5136

10 Attorneys for Defendants
   SMITHKLINE BEECHAM CORPORATION
11 d/b/a GLAXOSMITHKLINE and
   GLAXOSMITHKLINE, PLC

FILED - WESTERN DIVISION
CLERK, U.S DISTRICT COURT
FEB - 6 2007
CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

Priority
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

| | |
|---|---|
| In re PAXIL PRODUCTS LIABILITY LITIGATION | MDL No. 1574 (MRP) <br><br> Master File No. CV-01-7937 (MRP) (CWx) <br><br> THIS DOCUMENT RELATES TO: <br><br> **Apodaca, 2:03-cv-06583 MRP (CWx)** <br><br> **JOINT STIPULATION AND [PROPOSED] ORDER DISMISSING WITH PREJUDICE CLAIMS OF IDENTIFIED PLAINTIFFS** |

IT HEREBY IS STIPULATED between counsel for Defendants and Plaintiffs as follows:

Plaintiffs listed below hereby dismiss with prejudice all of their claims against Defendant regarding its drug Paxil:

DOCKETED ON CM
FEB - 9 2007
BY _____ 145

19

| | |
|---|---|
| 1. | Gregory R. Adamek |
| 2. | Sarah Jane Albert |
| 3. | Barbara Alexander |
| 4. | Eva Marie Alonzo |
| 5. | Jesus L. Amador |
| 6. | Barbara Andrade-Reed |
| 7. | Kathryn E. Armstrong |
| 8. | Robyn P. Atadero |
| 9. | James Vincent Avery |
| 10. | Gary Lee Balaban |
| 11. | Bruce Allen Baptiste |
| 12. | Sarah A. Barker |
| 13. | Kurt M. Bauer |
| 14. | Gary L. Beasley |
| 15. | Kathryn A. Belnap (Rennert) |
| 16. | Ramon M. Beltran |
| 17. | Matthew Robert Blecha |
| 18. | Kenneth Borenstein |
| 19. | Wendy Lynn Brandon |
| 20. | Tammy K. Brazil |
| 21. | Christopher D. Brown |
| 22. | Thomas Bush |
| 23. | Chad Bushon |
| 24. | Amelia Butler Henson |
| 25. | Vicki Calabria |
| 26. | John T. Caley |
| 27. | Nicole C. Carnes |
| 28. | Linda Hope Carter |
| 29. | Esteban Lopez Castro |
| 30. | Donna Chavez |
| 31. | Dino E. Ciciotte |
| 32. | Gino J. Ciciotte |
| 33. | David Clark |
| 34. | Alden M. Cleveland |
| 35. | Gloria Susan Collin |
| 36. | Tajia N. Conley |
| 37. | Lisa Contreras (Morales) |
| 38. | Samantha Dara Coppa |
| 39. | Phyllis Jan Cosgriff |
| 40. | Ryan Shuster Coyle |
| 41. | Steven Dacre |
| 42. | Gail D. Dallas |

LAW OFFICES
DRINKER BIDDLE &
REATH LLP
Los Angeles, CA 90071

43. Timothy P. Dean
44. Darren DelNero
45. Shelia Ann Dennis-King
46. Mary Ann Di Maria
47. Sue Renee Dias Ferdinand
48. Staci Drew
49. Valerie L. DuBato
50. Jennifer Dumas
51. Kathleen M. Durham
52. Thomas A. Dworzak
53. Tremaine Ellis
54. Trista Essex
55. Colleen Estes
56. Randall P. Ferguson
57. Ann Marie Ferreira
58. Dennis Dominic Fiandola
59. Lucas Fitzgerald
60. Daniel (Danny) Alfredo Franco
61. Sheila Frank
62. Teresa Frederick
63. John Galea
64. Lesley Ann Gibbons
65. Justin Gill
66. Wendy Jean Glickman
67. Jose A. Gomez
68. Robin Grean
69. Sara Green
70. Sarah E. Groom
71. Shannon Marie Haberman
72. Janine Hansell
73. Wayne Edward Harding
74. Alison P. Harper
75. Michael Hatfield
76. Janet T. Hayes
77. Alanna Hays
78. Erin Andrea Heizer
79. Jozzett Marlene Helle (Hargett)
80. Shauna Hemming
81. Joy Henry
82. Janet Lynn Holm
83. Carson Hudman
84. Christopher J. Jacobson

| | |
|---|---|
| 1 | 85. Nichole Tabitha Johnson |
| 2 | 86. Raymond Vanstone Johnson |
| | 87. Tracy Ann Johnson |
| 3 | 88. Robert J. Johnson |
| 4 | 89. Susan Johnston |
| | 90. Carole Jones |
| 5 | 91. Paige Susan Joy |
| 6 | 92. Ellen Kagan |
| | 93. Michael J. Koegen |
| 7 | 94. Bonnie S. Krull |
| 8 | 95. Frank Kuchensky |
| | 96. Julie J. Lambirth |
| 9 | 97. Greg A. Leatherman |
| 10 | 98. Joseph J. LeMehaute |
| | 99. Wendy Leung |
| 11 | 100. Lucille Rollande Levesque |
| 12 | 101. Nancy Lloyd |
| | 102. Brian Lobue |
| 13 | 103. Suzan Dawn Lowitz |
| 14 | 104. Jake Manning |
| | 105. Lena Marie Marcus Character |
| 15 | 106. Sandra Marder |
| 16 | 107. Annette G Martin |
| | 108. Samantha S. Martinez |
| 17 | 109. Jude W. Martinez |
| 18 | 110. Lauri A. Marzoline |
| | 111. Cindi L Massei |
| 19 | 112. Rita Miranda Mazur |
| 20 | 113. Katherine McCarthy |
| | 114. Scott G. McKay |
| 21 | 115. Daniel McKenna |
| 22 | 116. Patricia McLemore |
| | 117. Jill R. McNamara |
| 23 | 118. Dawn Mecham |
| 24 | 119. Trishia Lynn Medema |
| | 120. Elizabeth Meehan |
| 25 | 121. Cheryl A. Messenger-Barcelona |
| 26 | 122. James John Meythaler |
| | 123. Douglas W. Millar |
| 27 | 124. Jennifer Miller |
| 28 | 125. Jai A. Mitchell |
| | 126. Susan E. Moritz |

| | |
|---|---|
| 1 | 127. Robert W. Morris |
| 2 | 128. Denise M. Morris |
| | 129. Ginger Najar |
| 3 | 130. Cindy A. Neuman-Mello |
| 4 | 131. Misty Ann Nutt |
| | 132. Kim J. O'Connell |
| 5 | 133. Marianne O'Connell |
| 6 | 134. Sherri L. Olson |
| | 135. Denise M. Osborn |
| 7 | 136. Nancy E Owens |
| 8 | 137. Eleanor R. Palmer |
| | 138. Caroline Grace Paras |
| 9 | 139. Joan Patterson |
| 10 | 140. Tina M. Pedersen |
| | 141. Albert Ruben Pedraza |
| 11 | 142. Helen Marie Pendergraft |
| 12 | 143. David Percelay |
| | 144. Tamsen E. Perks |
| 13 | 145. Theresa Lynn Peterson |
| 14 | 146. Stephen M. Peterson |
| | 147. Amy Diane Poff |
| 15 | 148. Jack Steven Price |
| 16 | 149. Aaron T. Price |
| | 150. Claudia Jean Rabenstein |
| 17 | 151. Susan Jean Reynolds |
| 18 | 152. Tammy Rene Rhodes-Farfan |
| | 153. Tracy Richardson |
| 19 | 154. Marilena V. Rixford |
| 20 | 155. Willard Roberson |
| | 156. David Robles |
| 21 | 157. Tino Romagnoli |
| 22 | 158. Brandy Rosenberg |
| | 159. Alain Boris Rostain |
| 23 | 160. Michelle E. Roth |
| 24 | 161. Irma Veronica Rubio |
| | 162. Martha Hebron Russell |
| 25 | 163. Solaiman Safi |
| 26 | 164. Alicia Salas |
| | 165. Bridget Sandford |
| 27 | 166. Mary L. Sands |
| 28 | 167. John Frank Schambre |
| | 168. Emma E. Schreppel |

LAW OFFICES
DRINKER BIDDLE &
REATH LLP
Los Angeles, CA 90071

| | |
|---|---|
| 1 | 169. Donna J. Schrick |
| 2 | 170. Nancy A. Schumacher |
|   | 171. Todd Alan Scott |
| 3 | 172. Alexandra Caitlin Sears |
| 4 | 173. Michael Eric Seemayer |
|   | 174. Brennan Barlow Showers |
| 5 | 175. Rita Simpson |
| 6 | 176. Jeanette Sipple |
|   | 177. Jonathan R. Skomp |
| 7 | 178. Melanie Beth Solomon |
| 8 | 179. Andrea L. Spillman |
|   | 180. Mark D. Stebbins |
| 9 | 181. Cheryl Strehlow |
| 10 | 182. Robin L. Summers |
|    | 183. John S. Swanson |
| 11 | 184. Wendon Swift |
| 12 | 185. Tracy C. Talavera |
|    | 186. Daryll C. Taylor |
| 13 | 187. Phil R. Tooley |
| 14 | 188. Christopher Thomas Troupe |
|    | 189. Paige Alison Tuhey |
| 15 | 190. Elizabeth Russo Ugarkovich |
| 16 | 191. Stephanie K. Uribe |
|    | 192. Sharie V. Walter |
| 17 | 193. Linda Watts |
| 18 | 194. Arthur Weber |
|    | 195. Stacy Lynn White |
| 19 | 196. Mark Allen White |
| 20 | 197. Pamela Marie White |
|    | 198. Paul Wieland |
| 21 | 199. Lessie Faye Wilson |
| 22 | 200. Gayle M. Winney |

LAW OFFICES
DRINKER BIDDLE &
REATH LLP
Los Angeles, CA 90071

6

201. Kacie Renee Yocky
202. Taras S. Zeleniuk

Each party to bear their own costs, pursuant to Fed.R.Civ.P.41(a).

IT IS SO ORDERED.

DATED: February 6, 2007.

*[signature]*
The Honorable Mariana R. Pfaelzer
United States District Court Judge

DATED: January 22, 2007.          BAUM HEDLUND

*[signature]*
Karen Barth Menzies, Esq.
12100 Wilshire Blvd., Suite 950
Los Angeles, CA 90025
Tele: (310) 207-3233
Fax: (310) 820-7444
kbmenzies@baumhedlundlaw.com
Attorney for Plaintiffs

DATED: Jan 23, 2007.          DRINKER, BIDDLE & REATH LLP

*[signature]*
William A. Hanssen
333 South Grand Avenue
North Tower, Suite 1700
Los Angeles, CA 90071
Tele: (213) 253-2300
Fax: (213) 253-2301
william.hanssen@dbr.com

[CONTINUED NEXT PAGE]

| | |
|---|---|
| 1 | Chilton Davis Varner |
| 2 | Todd P. Davis |
|   | Andrew T. Bayman |
| 3 | Scott B. Pfahl |
|   | KING & SPALDING LLP |
| 4 | 1180 Peachtree Street |
|   | Atlanta, Georgia 30309-3521 |
| 5 | Tele: (404) 572-4600 |
|   | Fax: (404) 572-5100 |

Attorneys for Defendant SMITHKLINE BEECHAM CORPORATION d/b/a GLAXOSMITHKLINE and *GLAXOSMITHKLINE plc*

# PROOF OF SERVICE BY MAIL

STATE OF CALIFORNIA  )
                     ) ss.:
COUNTY OF LOS ANGELES )

*In re Paxil Products Liability Litigation*—MDL No. 1574

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 333 South Grand Avenue, Suite 1700, Los Angeles, CA 90071-1504.

On January 24, 2007, I served on interested parties in said action the within:

**JOINT STIPULATION AND [PROPOSED] ORDER DISMISSING WITH PREJUDICE CLAIMS OF IDENTIFIED PLAINTIFFS – APODACA**

by placing a true copy thereof in sealed envelope(s) addressed as stated on the attached service list.

I am readily familiar with this firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than 1 day after date of deposit for mailing in affidavit.

Executed on January 24, 2007, at Los Angeles, California.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

_____Elizabeth Woodfork_____        _____(Signature)_____
    (Type or print name)

LA1\91579\1

# SERVICE LIST

*In re Paxil Products Liability Litigation*—MDL No. 1574

Karen Barth Menzies, Esq.
BAUM HEDLUND
12100 Wilshire Blvd., Suite 950
Los Angeles, CA 90025
(310) 207-3233
(310) 820-7444 (fax)
*e-mail:*
kbmenzies@baumhedlundlaw.com

Attorneys for Plaintiffs

Kevin J. Yourman, Esq.
YOURMAN, ALEXANDER & PAREKH
3601 Aviation Boulevard
Suite 3000
Manhattan Beach, CA  90266
(310) 725-6400
(310) 725-6420 (fax)
*e-mail*: kyourman@yaplaw.com

Attorneys for Plaintiffs

Donald J. Farber, Esq.
LAW OFFICES OF DONALD J. FARBER
175 North Redwood Drive
Suite 130
San Rafael, CA 94903
(415) 472-7181
(415) 472-7182 (fax)
*e-mail*: N3DGT@aol.com

Attorneys for Plaintiffs

Christopher L. Coffin, Esq.
PENDLEY, BAUDIN & COFFIN, L.L.P.
P.O. Drawer 71
24110 Eden Street
Plaquemine, LA 70765
(225) 687-6396
(225) 687-6398 (fax)
*e-mail*: ccoffin@pbclawfirm.com

Attorneys for Plaintiffs

LAW OFFICES
DRINKER BIDDLE & REATH LLP
Los Angeles, CA 90071

PROOF OF SERVICE